BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Joe Villarreal § Case No.: 20–42431–elm7
Kimberly Kay Villarreal § Chapter No.: 7
　　　　　　　　　　　Debtor(s) §

# ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.

DATED:  11/18/20　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　Robert P. Colwell, Clerk of Court